UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Manuel Raul Reyo Pena Garcia Montero, ) | |
| ) | |
| Petitioner, ) | Case: 1:16-cv-01560 (G Deck) |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 8/2/2016 |
| ) | Description: Habeas Corpus/2241 |
| Department of Homeland Security, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM OPINION

This matter comes before the Court upon review of petitioner's application for leave to proceed *in forma pauperis* and his *pro se* petition for a writ of habeas corpus. Petitioner, who currently is detained at the United States Penitentiary in Waymart, Pennsylvania, demands his return to Cuba. The instant petition is substantially similar to an action recently filed in the United States District Court for the Western District of Pennsylvania. *See Montero v. Dep't of Homeland Sec.*, No. 2:16-cv-857 (W.D. Penn. filed June 17, 2016). "Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously." *Washington Metro. Area Transit Auth. v. Ragonese*, 617 F.2d 828, 830 (D.C. Cir. 1980) (citation omitted). Accordingly, the Court will dismiss the complaint as duplicative. An Order is issued separately.

_____
United States District Judge

DATE: 8/1/16